

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Joshua Divin, Appellant

No. 06-13-00124-CV     v.

Tres Lagos Property Owners' Association, Appellee

Appeal from the 62nd District Court of Franklin County, Texas (Tr. Ct. No. 11,300). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Joshua Divin, pay all costs of this appeal.

RENDERED AUGUST 7, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk